UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| IN RE:<br><br>Connie Mae Riley,<br>Aka Susie Riley<br>    Debtor,<br><br>_____/<br><br>Nationstar Mortgage LLC D/B/A Champion Mortgage Company,<br><br>    Secured Creditor,<br><br>v.<br><br>Connie Mae Riley,<br>Aka Susie Riley,<br>Charles J. DeHart, III<br>    Respondents.<br><br>_____/ | CHAPTER 13<br>CASE NO.: 1:17-bk-02379-HWV<br><br><br><br>Hearing Date: December 8, 2020<br>Time: 9:30 a.m.<br>Location: 228 Walnut Street, Room 320, Harrisburg, PA 17101 |

## ORDER OF COURT

AND NOW, upon consideration of Nationstar Mortgage LLC D/B/A Champion Mortgage Company's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Nationstar Mortgage LLC D/B/A Champion Mortgage Company; and it is further

ORDERED, that Nationstar Mortgage LLC D/B/A Champion Mortgage Company, its successors and/or assignes be entitled to proceed with appropriate state court remedies against the

property located at 6525 Charlestown Road, Mercersburg, Pennsylvania 17236-9759, including without limitation a sheriff's sale of the property, and it is further

ORDERED that Nationstar Mortgage LLC D/B/A Champion Mortgage Company request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

Dated: November 30, 2020

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge (JG)