# Notice Recipients

District/Off: 0314−1     User: AutoDocketer     Date Created: 11/30/2020
Case: 1:17−bk−02379−HWV     Form ID: pdf010     Total: 3

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Charles J DeHart, III (Trustee) | dehartstaff@pamd13trustee.com |
| aty | Charles G. Wohlrab | cwohlrab@rascrane.com |
| aty | Stephen J Ross, Jr. | SRoss@rqplaw.com |

TOTAL: 3